Case 2:20-cr-00165-RMP    ECF No. 40    filed 07/27/21    PageID.85    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA BRIGMAN-ABRAHAMSON,<br><br>Defendant. | No. 2:20-CR-0165-RMP-2<br><br>ORDER GRANTING IN PART MOTION TO PERMIT TRAVEL AND MODIFY CONDITIONS OF RELEASE |

**BEFORE THE COURT** is Defendant's Expedited Unopposed Motion to Permit Travel and Motion to Modify Pretrial Condition of Release No. 14. ECF No. 39. Defendant seeks to modify her conditions of pretrial release to permit her to leave the Eastern District of Washington to travel to Thompson Falls, Montana for a family trip on August 1, 2021, and return on August 3, 2021. ECF No. 39 at 2. Defendant additionally requests "the Court to modify condition number 14 to alleviate the need for future motions on this issue to ensure efficiency to all parties." *Id*. Defendant indicates Assistant United States Attorney Richard Barker and United States Probation Officer Jon Bot have no objection to the motion. *Id*.

Accordingly, **IT IS ORDERED** that Defendant's motion to permit travel and modify the conditions of her pretrial release, **ECF No. 39,** is **GRANTED IN PART.**

Defendant may travel to Thompson Falls, Montana, on August 1, 2021, returning to Eastern District of Washington no later than August 3, 2021. Prior to leaving the district, Defendant must provide Pretrial Services with specific information about where she will be located while out of the district and how she can be contacted by telephone at any time she is out of the district.

ORDER ~ 1

Furthermore, Defendant's conditions of pretrial release are **modified** as follows:

**(14)** Defendant shall remain in the Eastern District of Washington while the case is pending. Defendant may be permitted to travel outside this geographical area upon advance notice to and approval by Pretrial Services.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 27, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2